UNITED STATES of America, Plaintiff-Appellee,

v.

Niem H. DOAN, Defendant-Appellant.

No. 16-30311

United States Court of Appeals, Ninth Circuit.

Submitted December 8, 2017 *
Seattle, Washington

Filed December 14, 2017

Helen J. Brunner, Esquire, Assistant U.S. Attorney, Charlene Koski, Assistant U.S. Attorney, Vincent Thomas Lombardi, II, Esquire, Assistant U.S. Attorney, DOJ-Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee

Niem H. Doan, Pro Se

Before: HAWKINS, McKEOWN, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Niem Doan appeals his guilty-plea conviction and 150-month sentence imposed for conspiracy to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(A) & 846, and felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Doan has filed a brief stating there are no grounds

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

for relief, and a motion to withdraw as counsel of record. No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83-84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal. Accordingly, we affirm the district court's judgment.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.